Beal-Medea Products, Inc., as Assignee of Alexander Atiba, Appellant, 
against
ELRAC, Inc., Doing Business as Enterprise Rent-A-Car, Respondent.




Gary Tsirelman, P.C. (Daniel Grace, Esq.), for appellant.
Brand, Glick & Brand, for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Carolyn E. Wade, J.), entered November 3, 2014. The order granted defendant's motion for summary judgment dismissing the complaint and denied plaintiff's cross motion for summary judgment.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint on the ground that it had never received the claim at issue, and denied plaintiff's cross motion for summary judgment.
Contrary to plaintiff's argument, plaintiff failed to raise a triable issue of fact as to whether it had mailed the claim at issue (see Zuckerman v City of New York, 49 NY2d 557 [1980]). Plaintiff's remaining contention is improperly raised for the first time on appeal and, in any event, lacks merit.
Accordingly, the order is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 19, 2017